# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

          **JUDGMENT IN A CIVIL CASE**

**PAMELA LANCE, ET AL.,**

          CASE NO: **1:11–CV–00323–OWW –GSA**

    v.

**LESLIE JEAN ADAMS, ET AL.,**

---

**XX** –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 7/15/2011**

          **Victoria C. Minor**
          Clerk of Court

ENTERED: **July 15, 2011**

          by: /s/ T. Lundstrom
                Deputy Clerk